**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**vs.**                                    **CIVIL ACTION NO. 3:22-CR-085-CRS**

**JOSHUA JAYNES**
**KYLE MEANY**                                                  **DEFENDANTS**

**ORDER SCHEDULING STATUS CONFERENCE**

This matter is currently scheduled for trial by jury on October 11, 2022. Before the Court are the motion of Defendant Joshua Jaynes ("Jaynes") for a status conference (DN 21) and the motion of Defendant Kyle Meany ("Meany") declare the case complex (DN 22). Jaynes' motion requests the matter be scheduled for a status conference to discuss whether the case should be declared complex, to determine whether the deadlines in the pretrial order should be modified, and whether the trial should be moved due to pretrial publicity. Meany's motion, which is unopposed by the United States, requests the Court declare the case complex, remand the trial date and schedule the matter for a status conference. The Court having taken the motions under consideration and having been otherwise sufficiently advised,

    **IT IS HEREBY ORDERED** as follows:

    1.    The motion of Defendant Joshua Jaynes for status conference (DN 21) is **GRANTED.**

    2.    The motion of Defendant Meany to remand the trial date and declare the case complex (DN 22) will be held in abeyance pending the status conference.

2

      3.      This matter is **SCHEDULED** for a **status conference** on **September 28, 2022, at 1:00 p.m. EDT**, before the Honorable Charles R. Simpson, III, United States Senior District Judge, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

September 22, 2022

Charles R. Simpson III, Senior Judge
United States District Court

cc:  Counsel of Record
     United States Probation