UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                                          **PLAINTIFF**

**vs.**                                                                                          **CRIMINAL ACTION NO. 3:22-CR-085-CRS**

**JOSHUA JAYNES (1)**
**KYLE MEANY (2)**                                                                                          **DEFENDANTS**

## MEMORANDUM AND ORDER FOLLOWING STATUS CONFERENCE

A telephonic status conference was held in this matter on February 21, 2023. Participating in the conference were:

For the United States

Michael Songer, Assistant United States Attorney
Anna Mary Gotfryd, Assistant United States Attorney

For Defendant Joshua Jaynes

Thomas E. Clay, retained

For Defendant Kyle Meany

Brian Butler and Michael M. Denbow, retained

The Court and counsel discussed the procedural posture of the case. The United States advised the Court that a significant amount of discovery has been provided to defense counsel, with the latest having been produced last week. Counsel for Defendants requested the matter be scheduled for a further status conference in ninety days due to the recent document production and the total quantity of materials requiring their review. The United States indicated it had no objection to the continuance for further proceedings. Based on the foregoing, and the Court being otherwise sufficiently advised, with the agreement of the parties,

1

**IT IS HEREBY ORDERED** as follows:

1. This matter is **SCHEDULED** for a **telephonic status conference** on **May 24, 2023, at 3:00 p.m. EDT**.  **Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 888-684-8852 and entering access code 2068314#.  Parties shall dial into the conference (5) minutes prior to the Conference.** Participation in the telephonic status conference by Mr. Jaynes or Mr. Meany is not mandatory. Should defense counsel desire to have their client participate, they may do so at defense counsel's office.

2. This matter was previously declared complex and is, therefore, removed from the time constraints of the Speedy Trial Act.

3. Mr. Janyes and Mr. Meany shall remain under the terms and conditions of their present bonds.

February 24, 2023

Charles R. Simpson III, Senior Judge
United States District Court

cc:   Counsel of Record
      United States Probation

Court Reporter:  Digitally Recorded

Time:  00/07