# EXHIBIT A
# SEARCH WARRANT AND AFFIDAVIT
# FOR 3003 SPRINGFIELD, APT. 4

Case No.:

Court:     District

County:    Jefferson

**SEARCH WARRANT**

Division:

Ky. Const. Sect. 10; RCr 13.10

**TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:**

Proof by affidavit having this day been made before me by:   Detective Joshua C. Jaynes (7627)

a peace officer of   Louisville Metro Police Department                        ,   that there is probable and reasonable cause for the issuance of this Search Warrant as set out in the affidavit attached hereto and made a part hereof as if fully set forth herein; **you are commanded to search** the premises known and numbered as:

**St. Anthony Gardens**
**3003 Springfield Drive #4**
**Louisville, KY 40214**
**Jefferson County Kentucky**
**and All Surrounding Curtilage**

**and more particularly described as follows**:

A multi-family, two-story apartment complex that consists of beige vinyl siding, multi colored brick, and brown shingles. The numbers "3003" are in black lettering arranged vertically on a single column of the apartment building. The specific apartment has a sliding glass door that opens to a small patio on the first floor of the complex. The specific apartment has a green door with a gold-plated number "4" in the top center of the front door. The apartment complex is located within St. Anthony Gardens.



US00218138

**and/or in a vehicle or vehicles described as:**

2017 Dodge Charger SRT-8, red in color, Mississippi Registration – MTA7305, VIN: 2C3CDXHG2HH612076



2016 Chevrolet Impala, white in color, Kentucky Registration – 140ZAT, VIN:1G11Z5SA6GU159016

**and/or on the person or persons of:**
B/M Jamarcus Cordell Glover, DOB:04/05/1990, SSN: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
B/M Adrian Orlandes Walker, DOB:06/02/1992, SSN: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
B/F Breonna Taylor, DOB:06/05/1993, SSN: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

**and seize the following described personal property:**
Marijuana, cocaine, heroin, meth and all illegal narcotics or paraphernalia as described in violation of KRS 218A.
Any monies that are proceeds from drug trafficking. Any safes that are used to store illegal narcotics or money.
Any weapons that may be used to protect illegal narcotics or money. Any paperwork that may be a record of narcotics
sales or that may indicate the transport, concealment or sales of narcotics. Any paper that may be evidence of individuals living
in the residence. Any documents, to include mail matter, which may indicate financial activities stemming from illegal activity. Any
electronic recording media, computers, software, cameras or other such devices that may be used to hold or document illegal
narcotics activities in violation of KRS 218A. Any items that may be evidence of other violations of the Kentucky Revised Statutes.

If you find the above-described property, or any part thereof, **you will seize the property and deliver it forthwith** to me or
any other court in which the offense in respect to which the property or things taken is triable, **or retain it in your custody
subject to order of said court.**

Date: _____ 3/12 , 2020 _____ .     _____
                                                              Judge

                                                              _____ Court

Executed this __13th__ day of __March__ , 2 __020__ , by Officer _____

of the __LMPD__ , Badge No. _____ , by

searching said premises/vehicle/person(s) described herein and by seizing the following:

US00218140



| | |
|---|---|
| | Case No.: |
| | Court:    District |
| | County:   Jefferson |
| **AFFIDAVIT FOR SEARCH WARRANT** | Division: |

Ky. Const. Section 10; RCr 2.02
RCr 13.10

**Affiant,**   Detective Joshua C. Jaynes (7627)                    , a peace officer of   Louisville Metro Police Dept.                    ,
being first duly sworn, states he/she has, and there is reasonable and probable grounds to believe, and **Affiant** does
believe, there is now on the premises known and numbered as:

St. Anthony Gardens
3003 Springfield Drive #4
Louisville, Ky 40214
Jefferson County Kentucky
And All Surrounding Curtilage

**and more particularly described as follows:**

A multi-family, two-story apartment complex that consists of beige vinyl siding, multi colored brick with brown shingles. The
numbers "3003" are in black lettering arranged vertically on a single column of the apartment building. The specific apartment has a
sliding glass door that opens to a small patio on the first floor of the complex. The specific apartment has a green door with a gold
plated "4" in the top center of front door. The apartment complex is located within St. Anthony Gardens.



**and/or in a vehicle or vehicles described as:**

2017 Dodge Charger SRT-8, Red in color. Kentucky registration 396ZNV. VIN: 2C3CDXHG2HH612076

US00217422



2016 White Chevrolet Impala, Ky Registration 140ZAT, VIN:1G11Z5SA6GU159016

**and/or on the person or persons of**:
B/M Jamarcus Cordell Glover, DOB: 4/5/1990,SSN: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
B/M Adrian Orlandes Walker, DOB:6/2/1992, SSN: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
B/F Breonna Taylor, DOB:6/5/1993, SSN: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

**the following described personal property, to wit:**
Marijuana, cocaine, heroin, meth and all illegal narcotics or paraphernalia as described in violation of KRS 218A.
Any monies that are proceeds from drug trafficking. Any safes that are used to store illegal narcotics or money.
Any weapons that may be used to protect illegal narcotics or money.  Any paperwork that may be a record of narcotics
sales or that may indicate the transport, concealment or sales of narcotics.  Any paper that may be evidence of individuals living
in the residence.  Any documents, to include mail matter, which may indicate financial activities stemming from illegal activity.
Any electronic recording media, computers, software, cameras or other such devices that may be used to hold or document illegal
narcotics activities in violation of KRS 218A.   Any items that may be evidence of other violations of the Kentucky Revised Statutes.

**Affiant believes and states there is probable and reasonable cause to believe said property constitutes:**
(check appropriate box or boxes):

☐    stolen or embezzled property;

☒    property or things used as means of committing a crime;

☒    property or things in possession of a person who intends to use it as a means of committing a crime;

☒    property or things in possession of a person to whom it was delivered for the purpose of concealing it or preventing
     its discovery and which is intended to be used as a means of committing a crime;

☒    property or things consisting of evidence which tends to show a crime has been committed or a particular person
      has committed a crime;

☐    Other    _____

             _____

             _____

**Affiant** has been an officer in the aforementioned agency for a period of    15     years and _____ months.
The information and observations contained herein were received and made in his/her capacity as an officer thereof. On

US00217423

January  17th _____ , 2 __019__ , at approximately __1000__  ☐ a.m. p.m., **Affiant** received information from/observed:

\* This affiant received information from multiple LMPD crime tips (Most recent being 1/18/2020 LMPD Tip # 277851) that there has been drug activity going on at 2424 Elliott Ave.

\* A narcotics search warrant was executed by LMPD 1st Division on 12/30/19 where narcotics and firearms were recovered.

\* Less than a week after the search warrant, this affiant received information that the drug activity had resumed on 2424 Elliot Ave. Affiant conducted physical surveillance and witnessed vehicular traffic going to and from the listed location for short periods of time which is indicative of trafficking in narcotics.

**Acting on the information received, Affiant conducted the following independent investigation:**

1.)       On 1/2/2020, affiant had LMPD tech unit place a "pole camera" at the intersection of 24th and Elliott Ave. Within a hour of surveillance affiant could witness approx. 15-20 vehicles go to and from 2424 Elliott Ave. within a short period of time which is indicative of trafficking in narcotics.

2.)       On 1/2/2020 Detectives observed Adrian O. Walker, DOB:6/2/1992, in operation of the 2017 Dodge Charger vehicle go to and from 2424 Elliott Ave for a short period of time. Mr. Walker drove W/B on Elliott Ave at a high rate of speed to which a traffic stop was conducted shortly after. Detectives could smell a strong odor of marijuana coming from the listed vehicle. A small amount of marijuana was located inside the vehicle along with a large undetermined amount of US currency located within the center console of the listed vehicle.

3.)       *Adrian Walker* has a pending court case (19-F-013851) for: COMP Convicted Felon in Possession of a Firearm, DRUG PARAPHERNALIA - BUY/POSSESS, ENH TRAFFIC IN MARIJUANA, LESS THAN 8 OZ - 1ST OFFENSE, COMP TICS, 1ST DEGREE, 1ST OFFENSE (>=4 GMS COCAINE)

4.)       On 1/8/2020 at approx. 1336 hrs detectives observed a Jamarcus Glover operating the listed vehicle with Adrian Walker as a passenger. Detectives observed on the pole camera Jamarcus Glover exit the vehicle, walk over to the sidewalk area of 2427 Elliott Ave; near there is a chain- link fence that ends with an amount of large rocks appearing to be disturbed. Jamarcus Glover is seen on a zoomed camera dropping a large, blue cylinder shaped object near the rocks then appears to be covering it up to avoid detection.

5.)       *Jamarcus Glover* has the following pending court cases: 20-F-000098: Convicted Felon in Possession of a Firearm, Convicted Felon in Possession of a Handgun, Receiving Stolen Property (Firearm), DRUG PARAPHERNALIA - BUY/POSSESS, TICS, 1ST DEGREE, 1ST OFFENSE (< 4 GMS COCAINE), 19-CR-001583-003: COMP POSS CONT SUB, 1ST DEGREE, 1ST OFFENSE HEROIN, COMP POSS CONT SUB, 1ST DEGREE, 1ST OFFENSE – COCAINE, COMP TAMPERING WITH PHYSICAL EVIDENCE, COMP TRAFFIC IN MARIJUANA, LESS THAN 8 OZ - 1ST OFFENSE, 19-CR-002323: COMP TICS, 1ST DEGREE, 1ST OFFENSE (< 4 GMS COCAINE), COMP TAMPERING WITH PHYSICAL EVIDENCE.

6.)       Affiant has conducted surveillance multiple times on site near the physical location of 2424 Elliott Ave and through the pole camera. Affiant has witnessed on occasion subjects running from 2424 Elliott Ave then to the location where Jamarcus Glover dropped the suspected narcotics; the subjects then ran back into 2424 Elliott Ave. This affiant believes through my 10 years of narcotics related detective work and experience that Jamarcus Glover and Adrian Walker are the sources of narcotics for the "trap house" (where drugs are sold) at 2424 Elliott Ave. When the narcotics being dealt from 2424 Elliott Ave are low ( pedestrian and vehicular traffic is minimal )  Mr. Walker and/or Mr. Glover show up operating the 2017 Dodge Charger and appear to "re-up" the drug house at 2424 Elliott Ave. They are seen either entering/exiting 2424 Elliott Ave. or going to drop suspected narcotics near the sidewalk of 2427 Elliott Ave. Once they leave the area, pedestrian and vehicular traffic resumes.

7.) Affiant has observed the listed 2017 Dodge Charger make frequent trips from 2424 Elliott Ave area to 3003 Springfield Drive. Both Mr. Glover and Mr. Walker have been known to operate the listed vehicle.

8.) On 1/16/2020 during the afternoon hours affiant witnessed Jamarcus Glover operating the listed 2017 Charger; he pulled up and parked in front of 3003 Springfield Drive. Affiant then observed Mr. Glover walk directly into apartment #4. After a short period of time, Mr. Glover was seen exiting the apartment with a suspected USPS package in his right hand. Mr. Glover then got into the 2017 Dodge Charger and drove to 2605 W. Muhammed Ali which is a known drug house.

9.) Affiant verified through a US Postal inspector that Jamarcus Glover has been receiving packages at 3003 Springfield Drive #4. Affiant realizes that it is not uncommon for drug traffickers to receive mail packages at different locations to

US00217424

avoid detection from law enforcement. Affiant believes through training and experience that Mr. Glover may be keeping narcotics and/or proceeds from the sale of narcotics at the listed location for safe keeping.

10.) Affiant has observed the listed 2016 Impala park in front of 2424 Elliott Ave on different occasions.

11.) The listed 2016 Impala is registered to Breonna Taylor.

12.) Affiant has verified through multiple computer databases that Breonna Taylor lives at the listed location.

13.) Affiant is requesting a No-Knock entry to the premises due to the nature of these drug traffickers operate. These drug traffickers have a history of attempting to destroy evidence, cameras on locations that compromise detectives once an approach to the dwelling is made and a history of fleeing from law enforcement.

**Affiant** has reasonable and probable cause to believe, and believes, grounds exist for issuance of a Search Warrant based on the aforementioned facts, information and circumstances and **prays a Search Warrant be issued**, that the property (or any part thereof) be seized and brought before any Court and/or retained subject to order of said Court.

_____

**Officer**

| |
|---|
| Subscribed and sworn to before me ☐ in my presence ☐ via oral communication on this the _____ day of _____ , 2 _____ , at _____ ☐ a.m. ☐ p.m. <br><br> _____ <br> Judge |

US00217425