UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-0085-CRS

UNITED STATES OF AMERICA                                          PLAINTIFF

v.

JOSHUA JAYNES and                                               DEFENDANTS
KYLE MEANY

## <u>ORDER</u>

On March 20, 2026, the Government filed a Motion to Dismiss this criminal action with prejudice (DN 77). The Motion does not comply with this Court's Joint Local Rules of Criminal Practice. Local Rule 47.1(f) states: "A party filing a motion must also file a separate proposed order." The Government did not file a proposed order. Accordingly, within **fourteen (14) days** of the entry of this Order, the Government shall comply with LCrR 47.1(f) by filing and serving a proposed order.

**IT IS SO ORDERED**.

March 24, 2026

**Charles R. Simpson III, Senior Judge**
**United States District Court**