UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:22-cr-00085-CRS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [Fed. R. Crim. P. 48(a)] |
| | ) | |
| JOSHUA JAYNES and | ) | |
| KYLE MEANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER DISMISSING CASE

The Court has received and considered the Government's motion to dismiss the above-captioned case, with prejudice, as against defendants Joshua Jaynes and Kyle Meany pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Government has advised that defendants do not oppose the motion.

In light of the foregoing, the Court hereby GRANTS the Government's motion. The Indictment and Superseding Indictment on file in the above-captioned case are hereby dismissed with prejudice as against both defendants, Joshua Jaynes and Kyle Meany. Defendants pre-trial bonds, if any, are hereby exonerated. IT IS SO ORDERED.

March 27, 2026



**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:  Counsel of Record